# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ozerden, Halil S. | U.S. District Court, Southern Dist. of Mississippi | 04/15/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge--Active | ☐ Nomination ☐ Date  ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2020 **to** 12/31/2020 |

**7. Chambers or Office Address**

2012 15th Street, Suite 814
Gulfport, MS 39501

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ozerden, Halil S. | 04/15/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Dukes, Dukes, Keating & Faneca--Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. ACS | Law School Student Loan | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ozerden, Halil S. | 04/15/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. BancorpSouth Bank, bank accounts | A | Interest | J | T | | | | | |
| 2. BancorpSouth Bank, bank account | A | Interest | K | T | | | | | |
| 3. Mississippi Affordable College Savings Trust #1-Age/Risk Opt | A | Dividend | K | T | | | | | |
| 4. Mississippi Affordable College Savings Trust #2-Age/Risk Opt | A | Dividend | K | T | | | | | |
| 5. Mississippi Affordable College Savings Trust #3-Age/Risk Opt | A | Dividend | K | T | | | | | |
| 6. Mississippi Affordable College Savings Trust #4-Age/Risk Opt | A | Dividend | J | T | | | | | |
| 7. Mississippi Affordable College Savings Trust #5-Age/Risk Opt | A | Dividend | J | T | | | | | |
| 8. IRA #1 (H) | | | | | | | | | |
| 9. --Southern Co. Common Stock | A | Dividend | J | T | | | | | |
| 10. --Munder/Victory MidCap Core Growth Mut Fund | A | Dividend | J | T | | | | | |
| 11. --Arrow DWA Balanced Fund | A | Dividend | J | T | | | | | |
| 12. --American Funds Target Fund | A | Dividend | J | T | | | | | |
| 13. --Am Cap Fund | A | Dividend | J | T | | | | | |
| 14. --DWS Total Return Bond Fund (exchange with DWS/Deutsche Income Fund) | A | Dividend | | | Sold | 01/08/20 | J | | |
| 15. --Growth Fund of America | A | Dividend | J | T | | | | | |
| 16. --John Hancock Inv. Grade Bond Fund | A | Dividend | | | Sold | 01/08/20 | J | A | |
| 17. --Washington Mutual Inv. Fund | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ozerden, Halil S. | 04/15/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  --John Hancock Blue Chip Growth | A | Dividend | J | T | | | | | |
| 19.  --DWS Science and Technology Fund | A | Dividend | J | T | Buy | 01/09/20 | J | | |
| 20.  Brokerage Acct #1(H) | | | | | | | | | |
| 21.  --Washington Mutual Inv. Fund | A | Dividend | J | T | | | | | |
| 22.  --Growth Fund of America | A | Dividend | J | T | | | | | |
| 23.  Brokerage Acct #2(H) | | | | | | | | | |
| 24.  --American Funds Balanced | A | Dividend | J | T | | | | | |
| 25.  --Am Cap Fund | A | Dividend | J | T | | | | | |
| 26.  Brokerage Acct #3(H) | | | | | | | | | |
| 27.  --Stifel Nicolaus Money Market Account | A | Interest | J | T | | | | | |
| 28.  --Bar Harbor B&T, ME CD | A | Interest | | | Redeemed | 01/02/20 | K | | |
| 29.  -- Walt Disney Co. Common Stock | A | Dividend | K | T | | | | | |
| 30.  --Microsoft Corp. Common Stock | A | Dividend | K | T | | | | | |
| 31.  --Ishares US Healthcare ETF | A | Dividend | J | T | | | | | |
| 32.  --SPDR S&P 500 ETF | A | Dividend | K | T | | | | | |
| 33.  --Apple, Inc. | A | Dividend | J | T | Buy | 01/10/20 | J | | |
| 34.  --VISA, Inc. | A | Dividend | J | T | Buy | 01/10/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ozerden, Halil S. | 04/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. --SPDR S&P Aerospace and Defense ETF | A | Dividend | J | T | Buy | 01/10/20 | J | | |
| 36. Beneficiary IRA #1 (H) | | | | | | | | | |
| 37. --American Balanced Fund | A | Dividend | J | T | | | | | |
| 38. --EuroPacific Growth Fund | A | Dividend | J | T | | | | | |
| 39. --Growth Fund of America | A | Dividend | K | T | | | | | |
| 40. --Investment Co. of America | A | Dividend | J | T | | | | | |
| 41. --New Economy Fund | A | Dividend | K | T | | | | | |
| 42. --New Perspective Fund | A | Dividend | J | T | | | | | |
| 43. --Small Cap World Fund | A | Dividend | J | T | | | | | |
| 44. --Washington Mutual Investors Fund | A | Dividend | J | T | | | | | |
| 45. Beneficiary IRA #2 (H) | | | | | | | | | |
| 46. --Stifel Nicolaus Cash Account | A | Dividend | J | T | | | | | |
| 47. --Accenture | A | Dividend | J | T | | | | | |
| 48. --Aqua America (Name change to Essential Utilities) | A | Dividend | | | Sold | 05/12/20 | J | A | |
| 49. --Automatic Data Processing | A | Dividend | J | T | | | | | |
| 50. --Baxter Int'l | A | Dividend | J | T | | | | | |
| 51. --Becton Dickinson | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ozerden, Halil S. | 04/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.   --Church & Dwight Co. | A | Dividend | J | T | | | | | |
| 53.   --Chubb, Lltd | A | Dividend | J | T | | | | | |
| 54.   --Coca Cola Co. | A | Dividend | J | T | | | | | |
| 55.   --Costco | A | Dividend | J | T | | | | | |
| 56.   --Emerson Electric | A | Dividend | J | T | | | | | |
| 57.   --General Mills | A | Dividend | | | Sold | 01/03/20 | J | A | |
| 58.   --Genuine Parts Co. | A | Dividend | J | T | | | | | |
| 59.   --Johnson & Johnson | A | Dividend | J | T | | | | | |
| 60.   --Medtronic | A | Dividend | J | T | | | | | |
| 61.   --Microsoft | A | Dividend | J | T | | | | | |
| 62.   --Pepsico | A | Dividend | J | T | | | | | |
| 63.   --Pfizer | A | Dividend | J | T | | | | | |
| 64.   --Proctor & Gamble | A | Dividend | J | T | | | | | |
| 65.   --Qualcomm | A | Dividend | | | Sold | 03/19/20 | J | A | |
| 66.   --Raytheon | A | Dividend | J | T | | | | | |
| 67.   --Smucker JM Co. | A | Dividend | J | T | | | | | |
| 68.   --Stanley Black & Decker | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ozerden, Halil S. | 04/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. --Starbucks | A | Dividend | J | T | | | | | |
| 70. --Sysco Corp. | A | Dividend | | | Sold | 03/13/20 | J | | |
| 71. --3M Co. | A | Dividend | J | T | | | | | |
| 72. --Union Pacific | A | Dividend | J | T | | | | | |
| 73. --United Technologies | A | Dividend | | | Sold | 03/10/20 | J | | |
| 74. --UnitedHealth Group | A | Dividend | J | T | | | | | |
| 75. --Walmart Inc. | A | Dividend | J | T | | | | | |
| 76. --Praxair/Linde PLC | A | Dividend | J | T | | | | | |
| 77. --Illinois Tool Works | A | Dividend | J | T | | | | | |
| 78. --Merck & Co. | A | Dividend | J | T | | | | | |
| 79. --General Dynamics Corp. | A | Dividend | J | T | | | | | |
| 80. --Clorox Co. | A | Dividend | J | T | Buy | 02/26/20 | J | | |
| 81. --Ecolab, Inc. | A | Dividend | J | T | Buy | 03/12/20 | J | | |
| 82. --Nike, Inc. | A | Dividend | | | Buy | 03/19/20 | J | | |
| 83. | | | | | Sold | 10/28/20 | J | A | |
| 84. --VISA, Inc. | A | Dividend | J | T | Buy | 03/23/20 | J | | |
| 85. --Home Depot, Inc. | A | Dividend | J | T | Buy | 03/26/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ozerden, Halil S. | 04/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --Waste Management, Inc. | A | Dividend | J | T | Buy | 11/05/20 | J | | |
| 87. Beneficiary IRA #3 (H) | | | | | | | | | |
| 88. --Powershares/INVESCO DWA Momentum ETF | A | Dividend | K | T | Buy (add'l) | 05/01/20 | J | | |
| 89. | | | | | Sold (part) | 11/02/20 | J | A | |
| 90. --Powershares/INVESCO S&P 500 ETF | A | Dividend | J | T | Sold (part) | 05/01/20 | J | B | |
| 91. --Tempur Sealy | A | Dividend | | | Sold | 01/03/20 | J | A | |
| 92. --Pool Corp. | A | Dividend | | | Sold | 03/18/20 | J | | |
| 93. --American STS Water Co. | A | Dividend | | | Sold | 05/07/20 | J | A | |
| 94. --Hilton Holdings | A | Dividend | | | Sold | 03/18/20 | J | | |
| 95. --Miller Herman, Inc. | A | Dividend | | | Sold | 01/03/20 | J | | |
| 96. --Choice Hotels, Inc. | A | Dividend | | | Sold | 03/18/20 | J | | |
| 97. --Tetra Tech, Inc. | A | Dividend | | | Sold | 05/08/20 | J | | |
| 98. --Clean Harbors, Inc. | A | Dividend | | | Sold | 02/27/20 | J | | |
| 99. --Callaway Golf Co. | A | Dividend | | | Sold | 03/10/20 | J | | |
| 100. --Energizer Holdings, Inc. | A | Dividend | | | Sold | 01/03/20 | J | | |
| 101. --La-Z-Boy, Inc. | A | Dividend | | | Sold | 01/02/20 | J | | |
| 102. --Gray Television, Inc. | A | Dividend | | | Sold | 03/06/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ozerden, Halil S. | 04/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. --Liberty Broadband Corp. | A | Dividend | | | Sold | 06/09/20 | J | A | |
| 104. --Echostar Corp. | A | Dividend | | | Sold | 02/07/20 | J | | |
| 105. --Thomson Reuters Corp. | A | Dividend | | | Sold | 05/21/20 | J | | |
| 106. --S&P Global, Inc. | A | Dividend | | | Sold | 07/29/20 | J | A | |
| 107. --American Water Works Co., Inc. | A | Dividend | | | Buy | 01/03/20 | J | | |
| 108. | | | | | Sold | 03/25/20 | J | | |
| 109. --Abiomed, Inc. | A | Dividend | | | Buy | 07/09/20 | J | | |
| 110. | | | | | Sold | 07/29/20 | J | A | |
| 111. --Atkore Int'l Group, Inc. | A | Dividend | | | Buy | 01/03/20 | J | | |
| 112. | | | | | Sold | 03/17/20 | J | | |
| 113. --Big Lots, Inc. | A | Dividend | | | Buy | 06/05/20 | J | | |
| 114. | | | | | Sold | 06/29/20 | J | A | |
| 115. --Blue Apron Holdings, Inc. | A | Dividend | | | Buy | 06/05/20 | J | | |
| 116. | | | | | Sold | 06/10/20 | J | | |
| 117. | A | Dividend | | | Buy | 07/23/20 | J | | |
| 118. | | | | | Sold | 07/29/20 | J | | |
| 119. --Boyd Gaming Corp. | A | Dividend | | | Buy | 06/05/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ozerden, Halil S. | 04/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. | | | | | Sold | 07/08/20 | J | | |
| 121. --Camping World Holdings, Inc. | A | Dividend | | | Buy | 06/29/20 | J | | |
| 122. | | | | | Sold | 07/29/20 | J | A | |
| 123. --Casella Waste Sys, Inc. | A | Dividend | | | Buy | 04/16/20 | J | | |
| 124. | | | | | Sold | 06/05/20 | J | A | |
| 125. --Charter Communications, Inc. | A | Dividend | | | Buy | 04/16/20 | J | | |
| 126. | | | | | Sold | 07/29/20 | J | A | |
| 127. --Churchill Downs, Inc. | A | Dividend | | | Buy | 06/24/20 | J | | |
| 128. | | | | | Sold | 07/29/20 | J | | |
| 129. --Clean Harbors, Inc. | A | Dividend | | | Buy | 06/04/20 | J | | |
| 130. | | | | | Sold | 06/05/20 | J | A | |
| 131. --Companhia de Saneamento Basico | A | Dividend | | | Buy | 02/27/20 | J | | |
| 132. | | | | | Sold | 03/06/20 | J | | |
| 133. --Davita, Inc. | A | Dividend | | | Buy | 04/16/20 | J | | |
| 134. | | | | | Sold | 05/19/20 | J | A | |
| 135. --Dexcom, Inc. | A | Dividend | | | Buy | 04/16/20 | J | | |
| 136. | | | | | Sold | 07/29/20 | J | A | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ozerden, Halil S. | 04/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. --Dish Network Corp. | A | Dividend | | | Buy | 07/02/20 | J | | |
| 138. | | | | | Sold | 07/29/20 | J | | |
| 139. -- Edwards Lifesciences Corp. | A | Dividend | | | Buy | 04/16/20 | J | | |
| 140. | | | | | Sold | 05/20/20 | J | A | |
| 141. --Essential Utilities, Inc. | A | Dividend | | | Buy | 03/10/20 | J | | |
| 142. | | | | | Sold | 05/08/20 | J | | |
| 143. --Etsy, Inc. | A | Dividend | | | Buy | 06/05/20 | J | | |
| 144. | | | | | Sold | 06/08/20 | J | | |
| 145. --Gap, Inc. | A | Dividend | | | Buy | 06/10/20 | J | | |
| 146. | | | | | Sold | 07/29/20 | J | A | |
| 147. --iRhythm Technologies, Inc. | A | Dividend | | | Buy | 05/20/20 | J | | |
| 148. | | | | | Sold | 07/29/20 | J | | |
| 149. --IQIYI, Inc. | A | Dividend | | | Buy | 02/07/20 | J | | |
| 150. | | | | | Sold | 03/13/20 | J | | |
| 151. --Keysight Technologies, Inc. | A | Dividend | | | Buy | 01/03/20 | J | | |
| 152. | | | | | Sold | 01/30/20 | J | | |
| 153. --Knowles Corp. | A | Dividend | | | Buy | 01/03/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ozerden, Halil S. | 04/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. | | | | | Sold | 02/06/20 | J | | |
| 155.  --Lamar Advertising Co. | A | Dividend | | | Buy | 05/21/20 | J | | |
| 156. | | | | | Sold | 07/13/20 | J | | |
| 157.  --Leggett & Platt, Inc. | A | Dividend | | | Buy | 01/02/20 | J | | |
| 158. | | | | | Sold | 01/03/20 | J | | |
| 159.  --MKS Instruments, Inc. | A | Dividend | | | Buy | 01/30/20 | J | | |
| 160. | | | | | Sold | 03/18/20 | J | | |
| 161.  --Masimo Corp. | A | Dividend | | | Buy | 03/18/20 | J | | |
| 162. | | | | | Sold | 07/29/20 | J | A | |
| 163.  --Melco Resorts & Entertainment | A | Dividend | | | Buy | 07/14/20 | J | | |
| 164. | | | | | Sold | 07/23/20 | J | | |
| 165.  --Meredith Corp. | A | Dividend | | | Buy | 06/09/20 | J | | |
| 166. | | | | | Sold | 06/12/20 | J | | |
| 167.  --Natera, Inc. | A | Dividend | | | Buy | 05/19/20 | J | | |
| 168. | | | | | Sold | 07/29/20 | J | | |
| 169.  --Nexstar Media Group, Inc. | A | Dividend | | | Buy | 06/12/20 | J | | |
| 170. | | | | | Sold | 07/29/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ozerden, Halil S. | 04/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171.  --Penn National Gaming, Inc. | A | Dividend | | | Buy | 06/25/20 | J | | |
| 172. | | | | | Sold | 07/29/20 | J | A | |
| 173.  --Republic Services, Inc. | A | Dividend | | | Buy | 05/14/20 | J | | |
| 174. | | | | | Sold | 06/05/20 | J | A | |
| 175.  --Resmed, Inc. | A | Dividend | | | Buy | 04/16/20 | J | | |
| 176. | | | | | Sold | 04/30/20 | J | | |
| 177.  --Roku, Inc. | A | Dividend | | | Buy | 07/13/20 | J | | |
| 178. | | | | | Sold | 07/29/20 | J | | |
| 179.  --Scientific Games Corp. | A | Dividend | | | Buy | 06/05/20 | J | | |
| 180. | | | | | Sold | 07/29/20 | J | | |
| 181.  --Sonic Automotive, Inc. | A | Dividend | | | Buy | 06/05/20 | J | | |
| 182. | | | | | Sold | 07/23/20 | J | A | |
| 183.  --Techtarget, Inc. | A | Dividend | | | Buy | 06/26/20 | J | | |
| 184. | | | | | Sold | 07/29/20 | J | A | |
| 185.  --Walmart, Inc. | A | Dividend | | | Buy | 07/29/20 | J | | |
| 186. | | | | | Sold | 09/01/20 | J | A | |
| 187.  --Waste Connections, Inc. | A | Dividend | | | Buy | 05/08/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ozerden, Halil S. | 04/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188. | | | | | Sold | 06/05/20 | J | A | |
| 189.  --Wayfair, Inc. | A | Dividend | | | Buy | 06/29/20 | J | | |
| 190. | | | | | Sold | 07/29/20 | J | A | |
| 191.  --Williams Sonoma, Inc. | A | Dividend | | | Buy | 06/05/20 | J | | |
| 192. | | | | | Sold | 07/29/20 | J | A | |
| 193.  --Signet Jewelers Ltd | A | Dividend | | | Buy | 06/08/20 | J | | |
| 194. | | | | | Sold | 06/26/20 | J | | |
| 195.  --Spotify Technology SA | A | Dividend | | | Buy | 04/16/20 | J | | |
| 196. | | | | | Sold | 06/26/20 | J | A | |
| 197.  --Apple, Inc. | A | Dividend | J | T | Buy | 07/31/20 | J | | |
| 198.  --Home Depot, Inc. | A | Dividend | J | T | Buy | 07/31/20 | J | | |
| 199.  --Microsoft Corp. | A | Dividend | J | T | Buy | 07/31/20 | J | | |
| 200.  --VISA, Inc. | A | Dividend | J | T | Buy | 07/31/20 | J | | |
| 201.  --Salesforce.com, Inc. | A | Dividend | J | T | Buy | 09/01/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ozerden, Halil S.** | 04/15/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Halil S. Ozerden**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544